IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CEDRIC M. JONES, | * | |
| Plaintiff, | * | |
| v. | * | 3:11-CV-517-TMH |
| | | (WO) |
| RUSSELL COUNTY SHERIFF - HEATH TAYLOR, *et al*., | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 6*) is GRANTED; and

2. Defendants are GRANTED an extension from August 11, 2011 to and including August 25, 2011 to file their answer and written report.

Done, this 12th day of August 2011.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE