IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CEDRIC M. JONES, | * | |
| Plaintiff, | * | |
| v. | * | 3:11-CV-517-TMH (WO) |
| RUSSELL COUNTY SHERIFF - HEATH TAYLOR, *et al*., | * | |
| | * | |
| Defendants. | | |

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #25) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #25) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 27th day of October, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE